# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

UNITED STATES OF AMERICA

V.

**RODERICK LEWIS**

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-495-BO**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**RODERICK LEWIS** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. §§ 841(b)(1)(A) and 846: Conspiracy to distribute and possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin

Count 2- 21 U.S.C. § 841(a)(1): Possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin

Peter A. Moore, Jr.
Name of Issuing Officer

*/s/ Nick Bullock*
Signature of Issuing Officer

Recommended Bond: DETENTION

Clerk of Court
Title of Issuing Officer

December 6, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED 12/6/18 | NAME AND TITLE OF ARRESTING OFFICER J. Alford Henderson PD | NAME AND TITLE OF ARRESTING S. Tanner, USMS E/NC |
|---|---|---|
| DATE OF ARREST 12/12/18 | | |

FILED

DEC 12 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___JAB___ DEP CLK