PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Roderick Lewis                                  Docket No. 5:18-CR-495-1BO

### Petition for Action on Conditions of Pretrial Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Roderick Lewis, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 14th day of December, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 14, 2019, the court held a status hearing regarding the defendant due to the alleged violations for drug positive urine samples for cocaine on January 30, 2019 and February 13, 2019. As a result of an agreement before your honor between the government and the defense counsel, it was ordered that the conditions may be modified, and the defendant be continued on pretrial release. Additionally, it was further ordered that if the defendant submitted another positive urine sample that a warrant be requested immediately.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling as directed by the probation office, if deemed medically able.

2. The defendant must abide by all conditions and terms of the home incarceration program until further court order. The defendant must be restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Amir A. Hunter<br>Amir A. Hunter<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919.861.8663<br>Executed On: March 14, 2019 |

Roderick Lewis
Docket No. 5:18-CR-495-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered the __14__ day of __March__, 2019, and ordered filed and made part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
Chief U.S. District Judge